IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HUSAM ALDIM MATHEWS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-397-TES |
| | * |
| WALMART, INC., | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 22, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 23rd day of August, 2024.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk